**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

BOND,CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:26-mj-01577-NWH-1

Case title: USA v. Colon

Date Filed: 05/14/2026

Date Terminated: 05/14/2026

Assigned to: Magistrate Judge Nathan W. Hill

**Defendant (1)**

**Giovan Colon**
*TERMINATED: 05/14/2026*

represented by **Katherine Puzone**
Federal Public Defender Florida Middle Judiciary
201 South Orange Avenue
Suite 300
Orlando, FL 32801
407-648-6338
Email: katherine_puzone@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Complaint | |

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

___

**USA**        represented by   **Stephanie Alexa McNeff**
USAO
Mdfl
400 W Washington St
Suite 3100
Orlando, FL 32801
407-648-7517
Email: stephanie.mcneff@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2026 | 1 | Arrest pursuant to Rule 5(c)(2) of Giovan Colon from the District of Massachusetts. (Attachments: # 1 Rule 5 Complaint)(LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 3 | Minute Entry for In Person proceedings held before Magistrate Judge Nathan W. Hill: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 5/14/2026 as to Giovan Colon from the District of Massachusetts. (Digital) (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 4 | ***CJA 23 Financial Affidavit by Giovan Colon. (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 5 | ORAL MOTION to Appoint Counsel by Giovan Colon. (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 6 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER granting 5 Oral Motion to Appoint Counsel as to Giovan Colon (1). The Office of the Federal Public Defender is appointed for the defendant in this District. Signed by Magistrate Judge Nathan W. Hill on 5/14/2026. (LDJ)** (Entered: 05/14/2026) |
| 05/14/2026 | 7 | NOTICE of Amended Standing Order Regarding Due Process Protections Act, 3:25-mc-22-MMH, Doc 1 as to Giovan Colon: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence, as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders the United States to do so. Violating the Amended Standing Order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. See Order for details. (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 8 | WAIVER of Rule 5 & 5.1 Hearings by Giovan Colon. (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 9 | ORAL MOTION for Release from Custody by USA as to Giovan Colon. (LDJ) (Entered: 05/14/2026) |
| 05/14/2026 | 10 | **ORDER SETTING CONDITIONS OF RELEASE granting 9 Oral Motion for Release from Custody as to Giovan Colon (1). Signed by Magistrate Judge Nathan W. Hill on 5/14/2026. (LDJ)** (Entered: 05/14/2026) |
| 05/14/2026 | 11 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Massachusetts as to Giovan Colon. Signed by Magistrate Judge Nathan W. Hill on 5/14/2026. (LDJ)** (Entered: 05/14/2026) |

**Query     Reports     Utilities     Help     What's New     Log Out**

account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (LDJ) (Entered: 05/14/2026)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CASE NO: 6:26-mj-1577-NWH**

**GIOVAN COLON**

AUSA: Stephanie McNeff

Defense Attorney: Katherine Puzone, Federal Public Defender

| Judge: | **NATHAN W. HILL**<br>United States Magistrate Judge | Date and Time: | **May 14, 2026**<br>2:24 P.M.-2:33 P.M. |
|---|---|---|---|
| Courtroom: | 4D | Total Time: | 9 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Sierra Massanelli |

## CLERK'S MINUTES
### Initial Appearance (Rule 5)

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the charge in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel. Granted. Court appoints FPD for proceedings in the MDFL.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives Rule 5 & 5.1 hearings.
Government oral motion for release. Motion granted. Order to be entered.
Defendant is released with conditions as set forth in the Order Setting Conditions of Release.
Court adjourned.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:26-mj-1577-NWH**

**GIOVAN COLON**

_____

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this

Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and

because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above

named defendant in this District in this case.  The defendant may be required to contribute to the

cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on May 14, 2026.

_____
_K. CARSTEN_
_For_, NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

AO 466A  (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO: 6:26-mj-1577-NWH**

**GIOVAN COLON**

**Charging District's**
**Case No. 26-mj-4166-DHH**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **GIOVAN COLON**, understand that I have been charged in another district, the District of ~~Puerto Rico~~. *Massachusetts*

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☑    an identity hearing and production of the warrant

☐    a preliminary hearing

☑    a detention hearing

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

May 14, 2026

_____
Defendant's Signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                        6:26-mj-1577-NWH

GIOVAN COLON

---

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provisions:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **must immediately advise** the court, Pretrial Services Office, defense counsel and the U.S. Attorney in writing of any change in address and telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States District Court where the charges are pending, or the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice.

(5) The defendant **must report** as soon as possible to the Pretrial Services Office any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

(6) The defendant **must refrain** from any use or possession of a narcotic drug or other controlled substances listed in 21 U.S.C. § 802, unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

(7) Defendant **shall not** attempt to influence, intimidate, injure, tamper with, or retaliate against any juror, judicial officer, witness, victim, or informant in this case.

(8) If ordered to comply with drug testing or location monitoring, the defendant must refrain from tampering with, obstructing, or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any such testing or monitoring.

1

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the defendant and the safety of any person and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

[✓] ** Defendant shall be subject to Pretrial Services supervision and shall report as directed by the Pretrial Services Office.

[ ] ** Defendant shall not change residential address without advanced approval from Pretrial Services.

[✓] ** Defendant shall refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.

[ ] Defendant shall refrain from the excessive use of alcohol.

[ ] Defendant shall refrain from the use of alcohol.

[ ] Defendant shall surrender any passport:

    [ ] prior to release; or

    [ ] to Clerk, U.S. District Court, by 4:00 p.m. on _____

[✓] Defendant shall obtain no passport or travel documents.

[ ] ** Defendant's travel and residence restricted to the Middle District of Florida.

[✓] ** Defendant's travel restricted _Middle District of Florida + District of Massachusetts and STATES IN BETWEEN FOR COURT PURPOSES ONLY._

[ ] Notwithstanding the foregoing, Pretrial Services may approve travel.

[ ] ** Defendant shall refrain from direct or indirect contact with any victim, witness, or the family of any victim or witness, including specifically:

_____

_____

2

☐ The defendant executes an UNSECURED bond binding the defendant to pay the United States the sum of $ _____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

☐ Defendant shall execute a cash bond binding the defendant to pay the United States the sum of $_____ in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

☐ Defendant's bond shall be secured by the following property:_____

_____

☐ The bond shall be co-signed by _____

☐ Defendant shall provide a corporate surety bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

☐ Defendant shall be placed in the custody of _____,
who shall act as a third party custodian in this case and who agrees to the following:

(a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

                                    Signed: _____

☐ Defendant shall maintain, actively seek, or commence:

    ☐ verifiable employment        ☐ an education program

☐ Defendant shall participate in psychiatric and mental health assessment, evaluation, and treatment, as directed by Pretrial Services, with costs to be borne by the defendant, as determined by Pretrial Services.

☑ Defendant shall submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and any form of prohibited substance screening or testing.

☑ Defendant shall participate in a program of inpatient or outpatient substance abuse testing, education, and treatment if deemed advisable by Pretrial Services and pay a percentage of the fee, as determined by Pretrial Services.

☐ Participate in mental health/psychiatric and/or specialized treatment for defendants charged with a sex offense as directed by Pretrial Services.

3

☐ ** Defendant shall participate in the Location Monitoring program and abide by all the rules of the program and will pay all or part of the costs of the program as directed by Pretrial Services.

☐ ** Curfew: You are restricted to your residence every day from _____ to _____ or as directed by the Pretrial Services Office.

☐ Home Detention: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office.

☐ Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, attorney visits and court appearances pre-approved by the Pretrial Services Office.

Location Monitoring will be performed:

☐ using GPS monitoring equipment.

☐ using electronic monitoring equipment, at the discretion of Pretrial Services.

☐ ** Defendant shall have no contact with minors without a responsible adult present.

☐ ** Defendant shall have no contact with minors.

☐ ** Defendant's residence shall not contain:

☐ Internet service accessible from inside the residence.

☐ Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming console).

☐ Any medium capable of storing data from the Internet (for example, a USB drive, a compact disc, a floppy disk, and cloud based storage).

☐ Encrypted data, or any device capable of encrypting data.

☐ ** Defendant shall not use or possess:

☐ Any electronic device capable of connecting to the Internet (including, but not limited to any computer, smart phone, hand-held computing device, or gaming

4

console). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, the defendant's places of employment, educational facilities, or any other third-party locations.

☐ Any medium capable of storing data from the Internet (for example, a USB drive, a compact disc, a floppy disk, and cloud based storage).

☐ Encrypted data, or any device capable of encrypting data.

☐ Defendant may use an electronic device and access the Internet at work solely for work-related purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the electronic device to confirm adherence to this condition. You must inform your employer and any other third party that this condition, including the inspection provision. Pretrial Services must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

The following additional conditions also apply:

SURRENDER ANY FIREARMS POSSESSED TO THE OSCEOLA COUNTY SHERIFF'S OFFICE BY MAY 15, 2026.

5

## ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted

6

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Jio C._
Signature of Defendant

_4445 Maple Chase Trail_
Address

_Kissimmee FL  34758_
City and State, Zip Code                                   Phone

407-978
9529

**DIRECTIONS TO THE UNITED STATES MARSHAL**

[✓] The defendant is **ORDERED** released after processing.

[ ] The United States marshal is **ORDERED** to keep the defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 5/14/26

K. CARSTEN
FOR   NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Pretrial Services Office
United States Marshals Service
Assistant U.S. Attorney
Counsel of Record

7

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 6:26-mj-01577-NWH

GIOVAN COLON

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Giovan Colon, having been arrested and presented before me for removal proceedings pursuant to

Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule

5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

> An Initial Appearance on the Rule 5(c) Complaint from District of Massachusetts was
> held on May 14, 2026.

> Based on the defendant's waiver of identity hearing, I find that GIOVAN COLON is
> the person named in the warrant for arrest, a copy of which has been produced.

> It is, therefore,

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 14, 2026.

K. CARSTEN

_for_ NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record