AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Giovan Colon | ) | Case No.  26-mj-4166-DHH |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date:    06/10/2026

/s/ Giovan Colon
*Defendant's signature*

/s/ Peter Alexander Slepchuk
*Signature of defendant's attorney*

Peter Alexander Slepchuk, BBO# 682078
*Printed name and bar number of defendant's attorney*

Strehorn, Ryan & Hoose PLLC
100 Main Street, Third Floor
Northampton, MA 01060

*Address of defendant's attorney*

pslepchuk@strhlaw.com
*E-mail address of defendant's attorney*

413-586-4800
*Telephone number of defendant's attorney*

413-582-6419
*FAX number of defendant's attorney*