UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                    ) | DOCKET NO. 4:26-mj-04166-DHH |
| ) | |
| GIOVAN COLON          ) | |

**DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

NOW COMES the Defendant, Giovan Colon, by and through counsel, and moves that this Honorable Court modify his conditions of pre-trial release to permit the Defendant to leave the Central District of Florida for work purposes. As reasons therefor, the Defendant states:

1. The Defendant is employed as a ground crew member for a natural disaster response company called Titanium Response.[1]

2. Titanium Response provides disaster response services on an as need basis, largely during hurricane season, to most states east of the Mississippi River, including the entire eastern seaboard and the gulf coast.

3. The Defendant's current conditions of pre-trial release restrict his travel to within the Central District of Florida, the District of Massachusetts, and states in-between for court purposes only.

4. As a result, the Defendant is unable to engage in his employment with Titanium Response for calls outside of the Central District of Florida.

5. The proposed modification is necessary to accommodate the Defendant's work duties.

6. The Government has graciously assented the foregoing motion.

---

[1] Verification of the Defendant's employment with Titanium Response is attached hereto as Exhibit "A".

WHEREFORE the Defendant prays that this Honorable Court modify his conditions of pre-trial release to permit the Defendant to leave the Central District of Florida for work purposes.

Respectfully Submitted,

Dated: July 27, 2026

By: *Peter Alexander Slepchuk*
Peter Alexander Slepchuk, BBO#: 682078
Attorney for the Defendant
Strehorn, Ryan & Hoose PLLC
100 Main Street, Third floor
Northampton, MA 01060
Tel: 413-586-4800; Fax: 413-582-6419
E-mail: pslepchuk@strhlaw.com

## L.R. 7.1(a)(2) CERTIFICATION

I, Peter Alexander Slepchuk, hereby certify that I conferred with Danial Bennett, Assistant United States Attorney, and advised him of my intention to file the forgoing motion, to which he graciously assented.

Dated: July 27, 2026

*/s/ Peter Alexander Slepchuk*
Peter Alexander Slepchuk

## CERTIFICATE OF SERVICE

I, Peter Alexander Slepchuk, hereby certify that on this 27th day of July, 2026, I served this document upon all registered parties via the ECF Notice of Electronic Filing (NEF) system.

Dated: July 27, 2026

*/s/ Peter Alexander Slepchuk*
Peter Alexander Slepchuk

2