Providing Emergency Storm Restoration Services Worldwide

July 15, 2026

To Whom It May Concern:

Mr. Giovan Colon has been a member of our Emergency Storm Response Team since March 5, 2020.  Since this time, he has not only been an integral part of our mobilization effort but he has become an important member of the ground crews helping to perform the actual power restoration efforts.

Titanium Response provides high quality, rapid response Emergency Distribution Power Restoration for utilities, municipalities and electric cooperatives following Natural Disasters and other disruptive events. We work on a "as needed" basis for the utilities and must respond within 6-8 hours of an emergency call.  We cover most states east of the Mississippi including the entire eastern seaboard and all the Gulf States.

We verify that Giovan Colon is a valued  and trusted employee of Titanium Response and look forward to continuing to work with him in the future.

Please feel free to reach out to me directly, if I can be of further assistance.

]

Sincerely,

*James Trainor*

James Trainor
President
203-918-0634

Titanium Response --  39873 Highway 27 Suite 308 --Davenport, FL 33837