UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    DOCKET NO. 4:26-mj-04166-DHH |
| | ) |
| GIOVAN COLON | ) |
| | ) |

_____

**DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE**

NOW COMES the Defendant, Giovan Colon, by and through counsel, and moves that this Honorable Court modify his conditions of pre-trial release to permit the Defendant to leave the Central District of Florida for work purposes. As reasons therefor, the Defendant states:

1.    The Defendant is employed as a ground crew member for a natural disaster response company called Titanium Response.[1]

2.    Titanium Response provides disaster response services on an as need basis, largely during hurricane season, to most states east of the Mississippi River, including the entire eastern seaboard and the gulf coast.

3.    The Defendant's current conditions of pre-trial release restrict his travel to within the Central District of Florida, the District of Massachusetts, and states in-between for court purposes only.

4.    As a result, the Defendant is unable to engage in his employment with Titanium Response for calls outside of the Central District of Florida.

5.    The proposed modification is necessary to accommodate the Defendant's work duties.

6.    The Government has graciously assented the foregoing motion.

_____

[1] Verification of the Defendant's employment with Titanium Response is attached hereto as Exhibit "A".

1

WHEREFORE the Defendant prays that this Honorable Court modify his conditions of pre-trial release to permit the Defendant to leave the Central District of Florida for work purposes.

Respectfully Submitted,

Dated: July 27, 2026

By: *Peter Alexander Slepchuk*
Peter Alexander Slepchuk, BBO#: 682078
Attorney for the Defendant
Strehorn, Ryan & Hoose PLLC
100 Main Street, Third floor
Northampton, MA 01060
Tel: 413-586-4800; Fax: 413-582-6419
E-mail: pslepchuk@strhlaw.com

**L.R. 7.1(a)(2) CERTIFICATION**

I, Peter Alexander Slepchuk, hereby certify that I conferred with Danial Bennett, Assistant United States Attorney, and advised him of my intention to file the forgoing motion, to which he graciously assented.

Dated: July 27, 2026

*/s/ Peter Alexander Slepchuk*
Peter Alexander Slepchuk

CERTIFICATE OF SERVICE

I, Peter Alexander Slepchuk, hereby certify that on this 27th day of July, 2026, I served this document upon all registered parties via the ECF Notice of Electronic Filing (NEF) system.

Dated: July 27, 2026

*/s/ Peter Alexander Slepchuk*
Peter Alexander Slepchuk

**Jul 28, 2026**

Allowed with the requirement that Defendant notify PTS, preferably before, but not less than within 24 hours of any work assignment out of the State of Florida. All other conditions of Defendant's pretrial release remain in full force and effect.

U.S. Magistrate Judge

2

 Providing Emergency Storm Restoration Services Worldwide

July 15, 2026

To Whom It May Concern:

Mr. Giovan Colon has been a member of our Emergency Storm Response Team since March 5, 2020.  Since this time, he has not only been an integral part of our mobilization effort but he has become an important member of the ground crews helping to perform the actual power restoration efforts.

Titanium Response provides high quality, rapid response Emergency Distribution Power Restoration for utilities, municipalities and electric cooperatives following Natural Disasters and other disruptive events. We work on a "as needed" basis for the utilities and must respond within 6-8 hours of an emergency call.  We cover most states east of the Mississippi including the entire eastern seaboard and all the Gulf States.

We verify that Giovan Colon is a valued  and trusted employee of Titanium Response and look forward to continuing to work with him in the future.

Please feel free to reach out to me directly, if I can be of further assistance.
                                                    ]

Sincerely,

*James Trainor*

James Trainor
President
203-918-0634

Titanium Response --  39873 Highway 27 Suite 308 --Davenport, FL 33837